1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709

2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480

3  Oakland, CA 94612
   Telephone: (510) 465-3328

4  Facsimile: (510) 763-8354

5  Attorneys for Debtor

**The following constitutes
the order of the court. Signed May 29, 2013**

_M. Elaine Hammond_

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

8            UNITED STATES BANKRUPTCY COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  **In re:**                      **Case No. 13-41784 MEH**

11  **LADASHA DEMETROUS AARON,**    **Chapter 13**

12                **Debtor.**       **ORDER VALUING SECOND LIEN OF**
                                    **BANK OF AMERICA, N.A.**

14  _____/

15      On April 30, 2013, LaDasha Demetrous Aaron (hereinafter Debtor)

16  served a motion to value the second lien of Bank of America, N.A.

17  (hereinafter Lienholder) against the property commonly known as 4106

18  Castle Canyon Court, Antioch, CA 94531, which lien was recorded in

19  Contra Costa County on or about March 6, 2008 as document 2008-047389-

20  00 (hereinafter the Lien).

21      The court finds that notice of the motion upon Lienholder was

22  proper. Lienholder having failed to file timely opposition to Debtor's

23  motion, the court hereby orders as follows:

24      (1) For purposes of Debtor's chapter 13 plan only, the Lien is

25  valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment or order voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

COURT SERVICE LIST

Attn: Officer
Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28202

Attn: Officer
Bank of America, N.A.
150 N. College Street
NC1-028-17-06
Charlotte, NC 28255

Attn: Officer
Bank of America, N.A.
C/o CT Corporation System
818 W 7th Street
Los Angeles, CA 90017